UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80170-Cr-Ryskamp/Hopkins

UNITED STATES OF AMERICA
           Plaintiff,

vs.

WAYNE E. KEPPLE,
           Defendant.
_____/

FILED by _____ D.C.
NOV - 4 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge James M. Hopkins on November 4, 2011, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**
- Address: DEFT. ON BOND
- Prisoner #:
- Language: ENGLISH
- Telephone #: ------------

**DEFENSE COUNSEL:**
- Name: MICHAEL GRECO
- Address: 80 SW 18TH STREET, STE. 2100
  MIAMI, FLORIDA 33130
- Telephone #:

BOND/PTD hrg held: YES  X   NO_____
BOND/PTD SET : **$25,000 PSB (JMH)**

Dated this 4th day of November, 2011.

STEVEN LARIMORE, CLERK OF COURT

BY: _[signature]_
Tanya McClendon, Deputy Clerk

c: Courtroom Deputy, District Judge
United States Attorney
Defense Counsel
United States Pretrial Service